# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                            **No. 20-cv-0287 CG/SMV**

**$13,500.00 in United States Currency,**

    **Defendant.**

## ORDER TO SHOW CAUSE
## WHY LUCAS ALVES'S CLAIM OF INTEREST IS NOT ABANDONDED

THIS MATTER is before the Court on its Order Directing Claimant's Attorney to File an Entry of Appearance or Claimant Will be Deemed Pro Se, issued on November 25, 2020.  [Doc. 9]. The Court ordered that no later than December 14, 2020, either attorney Peter Herrick enter his appearance on behalf of Claimant Lucas Alves or Claimant must complete and return a CM/ECF Pro Se Notification Form.  The Court explained that one of these must occur because Claimant's filings contained no contact information for him: no address, no phone number, no email address.[1] *Id.* at 2 (citing D.N.M.LR-Civ. 83.6).  December 14 has come and gone, and neither Claimant nor Mr. Herrick has responded in any way.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Claimant Lucas Alves show cause in writing **no later than February 16, 2021**, why his Claim of Interest [Docs. 4, 6] should not considered **ABANDONED**.

---

[1] Each of Claimant's filings was mailed in an envelope bearing a return address for attorney Peter S. Herrick in St. Petersburg, Florida.  [Doc. 4] at 3; [Doc. 5] at 5; [Doc. 6] at 3.

**IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order and another CM/ECF Pro Se Notification form to Claimant Lucas Alves at lucasdalves415@gmail.com[2] and to Claimant in care of Mr. Herrick (1) by email to pssherrick@gmail.com, [Doc. 7-3] at 1, and (2) by United States mail to 4324 Bayshore Boulevard NE in St. Petersburg, Florida, 33703, [Doc. 4] at 3.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[2] This email address appeared in the exhibits to the United States' Motion to Compel. [Doc. 7-4] at 1.