IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                       No. 20-cv-0287 RB/SMV

$13,500.00 in United States Currency,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. On April 21, 2021, the Court entered an Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition and found that Claimant Lucas Alves's claim of interest has been abandoned. [Doc. 18] at 1. The Court further ordered the United States to "take action to prosecute the case or file a status report advising the Court of its plan to move the case forward" by May 19, 2021. *Id.* at 2. To date, the United States has not taken any action.

**IT IS THEREORE ORDERED** that no later than **June 11, 2021**, the United States must show cause, in writing, why it should not be sanctioned for its failure to follow the Court's Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**